# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALES,<br><br>        Petitioner,<br><br>  v.<br><br>KEN CLARK,<br><br>        Respondent. | 1:07-CV-0220 AWI WMW HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   March 12, 2007**          /s/  William M. Wunderlich
bl0dc4                              UNITED STATES MAGISTRATE JUDGE