IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GONZALEZ, | 1:07-cv-00220-AWI-WMW (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
| KEN CLARK, | (DOCUMENT #9) |
| Respondent. / | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 8, 2007, petitioner filed a motion for extension of time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his traverse.

IT IS SO ORDERED.

**Dated:   August 28, 2007**          /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE