1

2

3

4              IN THE UNITED STATES DISTRICT COURT FOR THE

5                      EASTERN DISTRICT OF CALIFORNIA

6

7   FRANK GONZALEZ,                      )   1:07-CV-00220 AWI JMD HC
                                         )
8             Petitioner,                )   ORDER GRANTING PETITIONER'S
                                         )   FIRST MOTION FOR EXTENSION OF
9        v.                              )   TIME TO FILE OBJECTIONS TO
                                         )   FINDINGS AND RECOMMENDATION
10  KEN CLARK,                           )
                                         )   (DOCUMENT #13)
11            Respondent.                )
                                         )   THIRTY DAY DEADLINE
12  _____ )

13        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

14  U.S.C. § 2254.

15        On November 24, 2008, Petitioner filed a motion to extend time to file objections to the

16  findings and recommendation.  Good cause having been presented to the court and GOOD

17  CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

18        Petitioner is granted thirty (30) days from the date of service of this order in which to

19  file objections to the findings and recommendation.

20  IT IS SO ORDERED.

21  Dated:   **November 26, 2008**            **/s/ John M. Dixon**
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28