1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

9

| FRANK GONZALEZ, | ) | 1:07-CV-00220 AWI JMD HC |
|---|---|---|
| Petitioner, | ) | ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF |
| v. | ) | TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION |
| KEN CLARK, | ) | |
| Respondent. | ) | (DOCUMENT #15) |
| | ) | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding in a habeas corpus action pursuant to 28 U.S.C. § 2254.

On December 28, 2008, Petitioner filed a motion to extend time to file objections to the findings and recommendation.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30)  days from the date of service of this order in which to file objections to the findings and recommendation.


IT IS SO ORDERED.

**Dated:    January 6, 2009**                    /s/ John M. Dixon
                                    UNITED STATES MAGISTRATE JUDGE